IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-31228
Summary Calendar
_____

WISTING FIERRO RUIZ, ET AL,

                                          Petitioners,

WISTING FIERRO RUIZ,

                                          Petitioner-Appellant,

versus

FEDERAL CORRECTIONAL INSTITUTION OAKDALE;
FEDERAL CORRECTIONAL INSTITUTE TEXARKANA;
U.S. BUREAU OF PRISONS; JANET RENO, U.S. Attorney General;
KATHLEEN M. HAWK, Director U.S. Bureau of Prisons;
DONNA MOTT; DORA LOPEZ; DARREN FORTENOT;
CARL CASTERLINE, Warden; JOHN DOE, Unknown Officer of
Recordkeeping; RICHARD J. GOODSELL; JOHN DOE; FEDERAL
CORRECTIONAL INSTITUTION PLEASANTON CALIFORNIA,

                                          Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-408
- - - - - - - - - -
August 14, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

    Wisting Fierro Ruiz, federal prisoner  No. 59534-079,

challenges the district court's entry of summary judgment

dismissing his civil rights complaint.  Having reviewed the

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

record and the briefs of the parties, we AFFIRM, for essentially the same reasons adopted by the district court.  <u>Ruiz v. Federal Correctional Institution, Oakdale</u>, No. 95-408 (W.D. La. June 27, 1997 and July 29, 1997).

AFFIRMED.